STANLEY R. APPS (SBA No. 309425)
Law Offices of Robert S. Gitmeid, P.C.
4424 Bellingham Avenue
Studio City, CA 91604
Telephone: (310) 709-3966
Email: stanley.a@gitmeidlaw.com

*Attorneys for Plaintiff Maria Magana*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Magana,<br><br>Plaintiff,<br><br>v.<br><br>The Moore Law Group, a Professional Corporation; and Citibank, N.A.,<br><br>Defendants. | Case No.: 8:23-cv-00959-CJC-KES<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE**<br><br>Judge: Hon. Cormac J. Carney |

**NOTICE OF SETTLEMENT OF ENTIRE CASE**

TO THIS HONORABLE COURT AND ALL ATTORNEYS OF RECORD:

The Plaintiff, MARIA MAGANA, by and through counsel, hereby notifies the Court that the Plaintiff has reached a settlement agreement with all Defendants in this matter. The settlement agreement is conditioned upon certain specified future performances by the Defendants and by Plaintiff. Upon completion of said performances by Defendants, Plaintiff intends to file a dismissal with prejudice of this matter.

Dated: September 5, 2023

_____
Stanley R. Apps
*Attorneys for Plaintiff*